UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED
2023 JAN 24 P 12:41

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWIGHT A. BARNES,
ANGELA M. REDD,
RADONTAY L. JONES,
WILLIE L. VALES,
TEVIN D. JOHNSON, and
DAVIN X. RAGLAND,

    Defendants.

Case No. **23-CR-014**

[18 U.S.C §§ 2(a), 922(g), 924(a)(8), 924(c), 1956(h); 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), 841(b)(1)(D), 843(b), and 846]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Beginning in at least June 1, 2021, and continuing until on or about January 11, 2023, in the State and Eastern District of Wisconsin, the State and District of Arizona, and elsewhere,

**DWIGHT A. BARNES,
ANGELA M. REDD,
RADONTAY L. JONES,
WILLIE L. VALES,
TEVIN D. JOHNSON, and
DAVIN X. RAGLAND**

knowingly and intentionally conspired with each other and with persons known and unknown to the grand jury to possess with intent to distribute and distribute controlled substances in violation of Title 21, United States Code, Section 841(a)(1).

2.  The amount of controlled substances involved in the conspiracy attributed to each defendant as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, included 400 grams or more of a mixture and substance containing N-phenyl-N-[1-( 2-phenylethyl ) -4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and a mixture and substance containing oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C), and Title 18, United States Code, Section 2(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning on or about June 1, 2021, and continuing until on or about December 13, 2022, in the State and Eastern District of Wisconsin, the State and District of Arizona, and elsewhere,

**DWIGHT A. BARNES,
ANGELA M. REDD,
RADONTAY L. JONES, and
WILLIE L. VALES**

knowingly conspired and agreed together and with each other, and with others known and unknown to the grand jury, to commit certain offenses under Title 18, United States Code, Section 1956, in that they conducted and attempted to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, with the intent to promote the carrying on of such specified unlawful activity, and while conducting and attempting to conduct such financial transactions knew the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

In violation of Title 18, United States Code, Sections 1956(h) and 2(a).

# COUNTS THREE THROUGH THIRTEEN

## THE GRAND JURY FURTHER CHARGES THAT:

On or about the below-listed dates, in the State and Eastern District of Wisconsin and the State and District of Arizona, the below-listed defendants knowingly and intentionally used a communication facility, namely, the mail, in facilitating the commission of any act and acts constituting a felony under Title 21, United States Code, Section 841(a)(1).

| Count | Date | Defendant |
|---|---|---|
| 3 | March 14, 2022 | DWIGHT A. BARNES<br>RADONTAY L. JONES |
| 4 | April 4, 2022 | DWIGHT A. BARNES<br>RADONTAY L. JONES |
| 5 | May 2, 2022 | DWIGHT A. BARNES<br>RADONTAY L. JONES |
| 6 | June 1, 2022 | DWIGHT A. BARNES<br>RADONTAY L. JONES |
| 7 | July 18, 2022 | DWIGHT A. BARNES<br>ANGELA M. REDD<br>RADONTAY L. JONES |
| 8 | September 14, 2021 | DWIGHT A. BARNES<br>WILLIE L. VALES |
| 9 | November 29, 2021 | DWIGHT A. BARNES<br>WILLIE L. VALES |
| 10 | January 20, 2022 | DWIGHT A. BARNES<br>WILLIE L. VALES |
| 11 | March 10, 2022 | DWIGHT A. BARNES<br>WILLIE L. VALES |
| 12 | March 28, 2022 | DWIGHT A. BARNES<br>WILLIE L. VALES |
| 13 | October 14, 2022 | DWIGHT A. BARNES<br>WILLIE L. VALES |

Each in violation of Title 21, United States Code, Section 843(b), and Title 18, United States Code, Section 2(a).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about July 21, 2022, in the State and Eastern District of Wisconsin,

**RADONTAY L. JONES**

knowingly and intentionally attempted to possess with intent to distribute a controlled substance.

2. The offense involved 40 grams and more of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846, and Title 18, United States Code, Section 2(a).

## COUNT FIFTEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 30, 2022, in the State and Eastern District of Wisconsin,

**DAVIN X. RAGLAND**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing marijuana, a Schedule I controlled substance, and a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## COUNT SIXTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about September 30, 2022, in the State and Eastern District of Wisconsin,

**DAVIN X. RAGLAND,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a 9mm SCCY semiautomatic pistol, bearing serial number 819509.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SEVENTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 30, 2022, in the State and Eastern District of Wisconsin,

**DAVIN X. RAGLAND**

knowingly possessed a firearm in furtherance of the drug trafficking offenses charged in Counts One and Thirty-Seven of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT EIGHTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about January 11, 2023, in the State and Eastern District of Wisconsin,

**DAVIN X. RAGLAND,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms which, prior to his possession of each, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearms are more fully described as a .22 caliber Colt handgun, bearing serial number 56994CC; a .223 caliber KEL-TEC brand semi-automatic rifle, bearing serial number Z386; and a .380 caliber, Bersa handgun, bearing serial number B29605.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT NINETEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 11, 2023, in the State and Eastern District of Wisconsin,

## DAVIN X. RAGLAND

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

# COUNT TWENTY

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about January 11, 2023, in the State and Eastern District of Wisconsin,

**WILLIE L. VALES,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a black Springfield Armory .45 caliber XPS, bearing serial number BY321900.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWENTY-ONE

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 11, 2023, in the State and Eastern District of Wisconsin,

**WILLIE L. VALES**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWENTY-TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 11, 2023, in the State and Eastern District of Wisconsin and in the State and District of Arizona,

**DWIGHT A. BARNES**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

# FORFEITURE NOTICE

1.  Upon conviction of the controlled substance offenses alleged in Counts One, Fourteen, and Fifteen of this Indictment, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2.  Upon conviction of any offense in violation Title 18, United States Code, Section 1956, set forth in Count Two of this Indictment, the defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property, including, but not limited to a sum of money equal to the value of the property involved in the offense or offenses of conviction.

3.  Upon conviction of any offense in violation of Title 18, United States Code, Section 922(g)(1) and 924(c) as set forth in Counts Sixteen through Twenty-Two of this Indictment, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offenses of conviction. Including the following:

    a. a 9mm SCCY semiautomatic pistol, bearing serial number 819509, located during the traffic stop of Devin Ragland on September 30, 2022;
    b. a .22 caliber Colt handgun, bearing serial number 56994CC, located at 3928 North 30th Street, Milwaukee, Wisconsin, on January 11, 2023;
    c. a .223 caliber KEL-TEC brand semi-automatic rifle, bearing serial number Z386, located at XX28 North 30th Street, Milwaukee, Wisconsin, on January 11, 2023;
    d. a .380 caliber, Bersa handgun, bearing serial number B29605, located at XX28 North 30th Street, Milwaukee, Wisconsin, on January 11, 2023;
    e. 14 .25 caliber cartridges, located at XX28 North 30th Street, Milwaukee, Wisconsin, on January 11, 2023;

- f. 29 9mm Federal aluminum cartridges, located at XX28 North 30th Street, Milwaukee, Wisconsin, on January 11, 2023;
- g. 20 brass 9 mm Federal aluminum cartridges, located at XX28 North 30th Street, Milwaukee, Wisconsin, on January 11, 2023;
- h. 14 brass and nickel 25 caliber cartridges, located at XX28 North 30th Street, Milwaukee, Wisconsin, on January 11, 2023;
- i. a .40 caliber extended magazine with a 30 round capacity, located at XX28 North 30th Street, Milwaukee, Wisconsin, on January 11, 2023;
- j. 2 PT111 brand 9mm magazines, with 12 round capacity, located at XX28 North 30th Street, Milwaukee, Wisconsin, on January 11, 2023;
- k. one .380 auto magazine, with an 8 round capacity, located at XX28 North 30th Street, Milwaukee, Wisconsin, on January 11, 2023;
- l. a black Springfield Armory .45 caliber XPS, bearing serial number BY321900, located at XX16 West Wisconsin Avenue, Apt 203, Milwaukee, Wisconsin, on January 11, 2023;
- m. a black Ruger LC380, bearing serial number 32448402, located at XX22 North Nevada Street, Apt 1068, Chandler, Arizona, on January 11, 2023; and
- n. a tan Berretta APX 9mm pistol, bearing serial number A104661X, located at XX22 North Nevada Street, Apt 1068, Chandler, Arizona on January 11, 2023.

4. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

FOREPERSON
Date: 1-24-23

GREGORY J. HAANSTAD
United States Attorney